**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
VICTOR YANZA,
on Behalf of himself, FLSA Collective  : 21-CV-06410 (CBA)(TAM)
Plaintiff and the Class,

                Plaintiff,  : **NOTICE OF ACCEPTANCE**
                  : **OF OFFER OF JUDGMENT**

  -against-

COMMUNITY REALTY CORPORATION,
HERE REALTY, LCC and JOEL BERGER

                Defendant.
------------------------------------------------------------------------X

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Victor Yanza ("Plaintiff") hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated March 9, 2022, and annexed hereto as **Exhibit A**.

Plaintiff's time to accept the Defendants' Offer of Judgment dated March 9, 2022 was extended to May 18, 2022 pursuant to an agreement between the parties (the "Agreement"). The Agreement between the parties is attached hereto as **Exhibit B**.

Dated: May 18, 2022                        Respectfully submitted,

                By:

                        */s/ C.K. Lee*
                        C.K. Lee, Esq. (CL 4086)
                        LEE LITIGATION GROUP, PLLC
                        148 West 24th Street, 8th Floor
                        New York, NY 10011
                        Tel.: (212) 465-1188
                        Fax: (212) 465-1181
                        *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2022, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Christopher P. Hampton, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Ave
Mineola, NY 11501
Phone 516-747-0300 Ext. 153
Fax 516-237-2893
champton@meltzerlippe.com
Attorney for Defendants

By:   /s/ C.K. Lee
      C.K. Lee, Esq.