**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
VICTOR YANZA,
on Behalf of himself, FLSA Collective Plaintiff and the Class,

                        Plaintiff,

   -against-

COMMUNITY REALTY CORPORATION,
HERE REALTY, LCC and JOEL BERGER

                        Defendant.
-----------------------------------------------------------------------X

21-CV-06410 (CBA)(TAM)

**RULE 68**
**JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants COMMUNITY REALTY CORPORATION and JOEL BERGER (collectively, "Defendants"), having offered to allow Plaintiff VICTOR YANZA ("Plaintiffs") to take a judgment against them, in the sum of One Hundred and Forty Thousand Dollars and No Cents ($140,000.00), to resolve all of Plaintiff's claims, inclusive of all costs, attorneys' fees and interest, filed in this lawsuit, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 9, 2022, filed as Exhibit A to Docket Number 21, the time to accept which was extended by parties' agreement until May 18;

**WHEREAS**, on May 18, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 21);

It is **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff VICTOR YANZA, in the sum of One Hundred and Forty Thousand Dollars and No Cents ($140,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated

March 9, 2022 and filed as Exhibit A to Docket Number 21. The Clerk of Court is directed to close the case.

Dated: May 20, 2022
      Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT
by: *Jalitza Poveda*
Deputy Clerk